UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PHILIP DATZ,                                    Civil Action No. 12-1770

                          Plaintiff(s),

   -against-

MICHAEL MILTON, in his individual
and official capacities, and the COUNTY
OF SUFFOLK,
                                                  **AFFIDAVIT OF SERVICE**

                          Defendant(s).
------------------------------------------------------------X
STATE OF NEW YORK    )
                        s.s :
COUNTY OF NEW YORK  )

    RANDY BARONA, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is not a party to the action.
    That on the 13th day of April, 2012, at approximately 1:34 p.m., deponent served a true copy of the **Summons in a Civil Action and Complaint; Civil Cover Sheet; Rules of Judge Wexler and Magistrate Wall's Rules** upon the County of Suffolk c/o Dennis M. Cohen at 100 Veterans Memorial Highway, Hauppauge, New York 11788 by personally delivering and leaving the same with Jeannine Hughes, Administrative Assistant, who stated that she is authorized to accept service.
    Jeannine Hughes is a white female, approximately 45-50 years of age, was seated at the time of service, weighs approximately 185-190 pounds, with medium length brown hair and was wearing glasses.

Sworn to before me this
18th day of April, 2012                                      RANDY BARONA #1000417

NOTARY PUBLIC, STATE OF NEW YORK
MICHAEL J. KEATING
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2014