UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PHILIP DATZ,

                Plaintiff(s),

                                                   **SCHEDULING ORDER**
        -against-                                  CV 12-1770 (LDW) (WDW)

MICHAEL MILTON & COUNTY OF SUFFOLK,
                Defendant(s).
-----------------------------------------------------------X
**WALL, Magistrate Judge:**

**COURT APPEARANCE:**

<u>**April 2, 2013 at 2:00 p.m.:**</u>  Pretrial conference before the undersigned.  A joint proposed pretrial order in compliance with Judge Wexler's requirements must be electronically filed prior to this conference.  The pretrial conference will take place, and a joint proposed pretrial order must be submitted, regardless of whether a party intends to file a motion for summary judgment.  All parties must also submit a one page, ex parte statement of their settlement positions to the undersigned at least one business day prior to this conference.  These statements, which will be treated as confidential and will not be docketed, should be faxed to chambers at (631) 712-5725.  Meaningful settlement discussions will occur at this conference and thus, clients or other persons with full settlement authority must be available by telephone.  If the parties would like the court's assistance in discussing the possibility of settlement *prior* to the pretrial conference, they may, by letter motion, request the scheduling of a settlement conference.

       ADDITIONAL DEADLINES:

<u>**December 11, 2012**</u> :    Motions to join new parties or to amend the pleadings.

<u>**March 5, 2013**</u> :     Completion of all discovery, inclusive of expert discovery. Depositions of experts may be taken at any time prior to trial.

<u>**March 19, 2013 :**</u>   Any party planning to make a dispositive motion must take the first action beginning the motion process under Judge Wexler's rules by this date or risk forfeiting the right to make such a motion.

<u>The parties are advised that Judge Wexler requires that all discovery be completed within nine months of the initial conference.  Accordingly, extensions of this schedule will be granted only under extraordinary circumstances.</u>

     Motions to resolve discovery disputes must be made by letter in accordance with Local Civil Rules 37.1 & 37.3 and in compliance with additional requirements set forth in the undersigned's Individual Rules.  Motions that do not comply with all requirements will be returned to the movant.  Untimely opposition, or no opposition, to letter motions may result in the motion's being granted as unopposed.

     All parties are advised that they are under a continuing obligation to keep the Court apprised of any changes in their contact information including, but not limited to, their addresses.

Dated: Central Islip, New York            SO ORDERED:
      June 21, 2012

                                                  /s/ William D. Wall
                                                 WILLIAM D. WALL
                                               United States Magistrate Judge