FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

JAN 10 2013

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------X

Philip Datz

- against -

Michael Milton, et al.

---------------------------------------------------X

NOTICE OF ATTORNEY APPEARANCE

Case Number: CV 12-1770 (LDW)

PLEASE NOTICE, that I have been retained by MICHAEL MILTON, the above named (Plaintiff/Defendant). I was admitted to practice in this District on 6/86

PRINT NAME: BRIAN J. DAVIS

SIGNATURE: Brian J Davis

BAR CODE: BJD 5694
First and Last Initial and the Last Four Digits of Your Social Security Number

FIRM NAME: BRIAN J. DAVIS P.C.

ADDRESS: 400 GARDEN CITY PL.
Street Address

GARDEN CITY NY. 11530
City State Zip Code

E-MAIL: BRIANJDAVISESQ@AOL.COM

PHONE NUMBER: (516) 5420249