# BRIAN J. DAVIS, P.C.
## Attorney at Law
### 400 garden city plaza, suite 430
### Garden city, New York 11530

**Brian J. Davis, Esq.**
*admitted in ny & fl

Angel Hiotakis
Paralegal

Phone: (516) 542-0249
Fax: (516) 542-0259
Email:ah@bjdpc.com

<u>**VIA: ECF**</u>

January 11, 2013

**Honorable Judge Leonard D. Wexler**
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re:    **Philip Datz vs. Michael Milton**
              **Docket #: 12-CV-01770**

Dear Judge Wexler:

      Please allow this letter to confirm that the Defendant, Sgt. Michael Milton, hereby adopts the Answer and Affirmative Defenses previously filed on his behalf (May 2, 2012), which was prepared by the attorney for the County of Suffolk.

      I am submitting this letter to clarify the fact there was question concerning his representation, and now that I am representing him, I want to avoid any question that he has not answered or is in default.

      If you have any questions or concerns in this regard, please do not hesitate to contact the undersigned.

              Very truly yours,
              **BRIAN J. DAVIS, P.C.**

              By: _/s/ Brian J. Davis_
                  Brian J. Davis, Esq.

BJD:ah

cc:    All parties via ECF