| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |
| BEFORE: WILLIAM D. WALL<br>           U.S. MAGISTRATE JUDGE | DATE: 3/5/13<br>TIME: 11:00 a.m. |

CASE:  **CV 12-1770 (LDW) (WDW)** PHILIP DATZ v. MICHAEL MILTON, et al.

TYPE OF CONFERENCE: Status

APPEARANCES:   Plaintiff     Robert Balin

               Defendant    Susan Flynn (Suffolk County)

                            NO APPEARANCE   (M. Milton)

**SCHEDULING:** The next __ conference will be held on __ at __.

**THE FOLLOWING RULINGS WERE MADE:**

X☐   Amended   Scheduling Order entered.

☐   The court has adopted and So Ordered the joint proposed scheduling order submitted by the parties.

☐   Referred to mediation by separate order.

☐   The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☐   Other:

                                              SO ORDERED

                                              /s/William D. Wall
                                              WILLIAM D. WALL
                                              United States Magistrate Judge