

27th Floor
1633 Broadway
New York, NY 10019-6708

**Robert D. Balin**
212.603.6440 tel
212.379.5240 fax

robbalin@dwt.com

October 30, 2013

**BY CM/ECF**

Hon. William D. Wall
United States Magistrate Judge
United States District Court for the Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

Re:    *Datz v. Milton et al.*, No. 12 Civ. 1770 (LDW)(WDW)

Dear Magistrate Judge Wall:

    I am a member of Davis Wright Tremaine LLP, pro bono counsel to plaintiff Philip Datz in the above-captioned action. Together with the undersigned counsel for Defendant Suffolk County and Defendant Michael Milton, we jointly write to request an adjournment of the deadline for filing dispositive motions, which is currently set for **November 8, 2013.**

    The parties are currently engaged in serious settlement negotiations and are in the process of working out the terms of a potential resolution to this matter. To allow the parties to continue those efforts, we therefore jointly request that the Court adjourn the deadline for filing dispositive motions by 90 days, to **February 6, 2014.** This adjournment will not affect other dates in the current scheduling order, including the June 9, 2014 date currently set for jury selection.

Respectfully submitted,

*Robert D. Balin/AS*

Robert D. Balin
Davis Wright Tremaine
*Counsel to Plaintiff*

*Susan A. Flynn/AS*

Susan A. Flynn
Suffolk County Attorney's Office
*Counsel to Defendant Suffolk County*

*Brian J. Davis/AS*

Brian J. Davis
Law Office of Brian J. Davis
*Counsel to Defendant Michael Milton*

Anchorage   New York   Seattle
Bellevue   Portland   Shanghai
Los Angeles   San Francisco   Washington, D.C.

www.dwt.com