
**Davis Wright Tremaine LLP**

27th Floor
1633 Broadway
New York, NY  10019-6708

**Robert D. Balin**
212.603.6440 tel
212.379.5240 fax

robbalin@dwt.com

January 27, 2014

**BY CM/ECF**

Hon. William D. Wall
United States Magistrate Judge
United States District Court for the Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

Re:   <u>Datz v. Milton et al.</u>, No. 12 Civ. 1770 (LDW)(WDW)

Dear Magistrate Judge Wall:

  I am a member of Davis Wright Tremaine LLP, pro bono counsel to plaintiff Philip Datz in the above-captioned action.  Together with the undersigned counsel for Defendant Suffolk County and Defendant Michael Milton, we jointly write to request an adjournment of the deadline for filing dispositive motions, which is currently set for **February 6, 2014.**

  The parties are engaged in serious settlement negotiations and have drafted a potential agreement, but are in the process of working out the final details of a potential resolution to this matter.  To allow the parties to continue those efforts, we therefore jointly request that the Court adjourn the deadline for filing dispositive motions by 45 days, to **March 24, 2014.**  This adjournment will not affect other dates in the current scheduling order, including the June 9, 2014 date currently set for jury selection.

Respectfully submitted,

*s/ Robert D. Balin*

Robert D. Balin
Davis Wright Tremaine
*Counsel to Plaintiff*

Susan A. Flynn /AS

Susan A. Flynn
Suffolk County Attorney's Office
*Counsel to Defendant Suffolk County*

Brian J. Davis /AS

Brian J. Davis
Law Office of Brian J. Davis
*Counsel to Defendant Michael Milton*

Anchorage | New York | Seattle
Bellevue | Portland | Shanghai
Los Angeles | San Francisco | Washington, D.C.

www.dwt.com