# CIVIL CAUSE FOR PRE MOTION CONFERENCE

**BEFORE:** Honorable Leonard D. Wexler
**DATE:** April 7, 2014
**TIME:** 11:20 to 11:25 (5 Mins.)

**DOCKET:** 12-CV-1770 (LDW)(WDW)
**TITLE:** Datz v. Milton, et al

**APPEARANCES:**
- Plaintiff(s) represented by:
  - **Robert D. Balin, Esq.**

- Defendant(s) represented by:
  - **Brian J. Davis, Esq.**
  - **Susan A. Flynn, Esq.**

- Courtroom Deputy:   Eric L. Russo

----------------------------------------------------------------

✓ In camera conference held.

✓ Counsel present for both sides.

✓ Parties agree to a briefing schedule as to Plaintiff's Motion for Summary Judgment. See additional SCHEDULING ORDER dated 4/7/2014 for filing deadlines.

✓ Proceedings concluded.